# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 17, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131035(86)

HARVEY GRACE,
      Plaintiff-Appellant,

v

BRUCE LEITMAN and BRUCE
LEITMAN, P.C.,
      Defendants-Appellees.
_____

SC: 131035
COA: 257896
Oakland CC: 2002-045572-NM

On order of the Court, the motion for reconsideration of the order of October 19, 2007 is considered and it is DENIED because it does not appear the order was entered erroneously.

Cavanagh and Kelly, JJ., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 17, 2007

_____
Clerk